RECEIVED
2025 SEP -2 P 12: 10
TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Derrick Ousley
Williamsburg FCI                    Case No 2:24-CR-360-EcmJT
PO Box 340
Salters, SC 29590

Date: 8-25-2025

Motion for retroactive application for Amendment 821 Under 18 U.S.C 3582(c)(2)

Syllabus Amendment 821 part A limits the criminal history impact of status points specifically, [a] defendant status points decrease by one point if he has seven or more criminal history points.

Mr. Ousley respectfully move this court to reduce his sentence, pursuant to retroactive [A]mendment 821 - 18 U.S.C 3582(c)(2). Mr. Ousley meets all requirements under 3582 (c)(2) - In which he is eligible for relief, pursuant retroactive application for Amendment 821 Under 18 U.S.C 3582(c)(2), in conjunction with reducing his sentence by the factor set forth in 18 U.S.C. 3553(a) Dillon v. United States 560 U.S 817 826, 130 S ct 2683.

Respectfully submitted
(Signature)
Derrick Ousley