IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:24-cr-360-ECM |
| | ) | |
| DERRICK DEWAYNE OUSLEY | ) | |

**O R D E R**

Now pending before the Court is the Defendant's *pro se* motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). (Doc. 53). Upon consideration of the motion, and for good cause, it is

ORDERED that the Defendant's motion is REFERRED to the Amendment 821 Screening Panel for recommendation. (*See* 2:23-cm-4048-ECM).

DONE this 16th day of September, 2025.

                                        /s/ Emily C. Marks
                                        EMILY C. MARKS
                                        CHIEF UNITED STATES DISTRICT JUDGE